589 A.2d 1389

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Eric ALSTON, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 8, 1991.

Decided May 15, 1991.

Louis T. Savino, Jr., Philadelphia, for appellant.

Ronald Eisenberg, Chief, Appeals Div., Gaele McLaughlin Barthold, Deputy Dist. Atty., George S. Leone, Asst. Dist. Atty., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM.

The appeal is hereby dismissed as having been improvidently granted.